# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FDVI009T | Roper, Christian | 2331 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ STATE CODE |
|---|---|
| 04/06/2024 18:20 | FED 36 CFR 261.3A |

Place of Offense
Blue Grade Rd

Offense Description: Factual Basis for Charge   HAZMAT ☐
36 CFR 261.3A - THREATEN EMPL/ENRL

### DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| VIGIL | PATRICK | J |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Flagstaff | AZ | 86001 | 1961 |

| Drivers License No | CDL ☐ | D.L. State AZ | Social Security No. |
|---|---|---|---|

| ☒ Adult ☐ Juvenile | Sex ☒ M ☐ F | Hair Brown | Eyes Brown | Height 5' 8" | Weight 170 |
|---|---|---|---|---|---|

### VEHICLE
VIN:                                                                CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 2001 | CHEVROLET/Tahoe | | BLUE |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

Forfeiture Amount

$ 30.00   Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov  →   Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 N. San Francisco St, Flagstaff, Arizona 86001 | Time (hh:mm) 09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **04/06/2024** while exercising my duties as a law enforcement officer in the _____ District of ____ **AZ** ____

Pursuant to 16USC 551: I state that on April 6, 2024 while exercising my duties as a Law Enforcement Officer in the District of Arizona I, USDA Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Coconino National Forest.

At approximately 1820 hours I observed a blue Chevrolet Tahoe (AZ: parked off of Forest Road (FR) 689, along a non-system road in violation of the Motor Vehicle Use Map. The vehicle was backed in between two trees, and all the windows were either tinted or covered, giving the appearance of the vehicle hiding and/or being set up in a defensive position. Between the tint on the rear windows and the large window coverings on the front three windows, it was nearly impossible for me to see into the vehicle, but any potential occupants would be able to observe my movements outside the vehicle without me knowing. Given this set up, I observed the vehicle from all sides from a distance, then returned to my patrol vehicle. I turned on my red/blue emergency lights, honked the airhorn several times, and I utilized my patrol vehicle's public address system to identify myself as the police and three times I ordered the driver of the Tahoe to exit the vehicle.

After several announcements and orders to exit the vehicle, I saw no movement of the vehicle or within the vehicle. I approached the vehicle and stated "I just gave you commands to come out of the vehicle. Come on out." A male's voice (later identified by AZ DL as Patrick VIGIL Jr) responded by saying "why?" I informed him that he was in violation of the law, and VIGIL responded "No." Now that I identified that someone was actually in the vehicle, given their ability to observe me but I could not see them, and their passive and verbal resistance to my commands, I requested backup officers to respond and assist me. After about two more minutes of waiting, a male emerged from the driver's door of the vehicle (where a canister of bear spray and a Leatherman was later located) and he started walking towards me. I drew my Taser and ordered VIGIL into a kneeling handcuffing position. VIGIL complied, I placed him into handcuffs, checked him for weapons, and then detained him in the back of my patrol vehicle.

I performed a protective sweep of the suspect vehicle to ensure there were no other occupants inside. While performing this sweep, I noticed the distinct odor of marijuana emanating from the vehicle. Prior to performing a search of the vehicle for marijuana, I asked VIGIL if he had any drugs, weapons, or anything else that could harm me. He only stated that he had marijuana.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

| Executed on: | | |
|---|---|---|
| | 04/06/2024 | C Roper |
| | Date (mm/dd/yyyy) | Officer's Signature |

☑ Probable cause has been stated for the issuance of a warrant.

| Executed on: | Camille D Bibles | Digitally signed by Camille D Bibles Date: 2024.04.07 19:30:18 -07'00' |
|---|---|---|
| | Date (mm/dd/yyyy) | U.S. Magistrate Judge |

HAZMAT = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;   **CMV** = Commercial vehicle involved in incident

24-04092-MJ-01-PCT-CDB



| USDA<br>Forest Service | **STATEMENT OF PROBABLE CAUSE** | CASE NUMBER<br>**FDVI009T** |
|---|---|---|

| FOREST | ADDRESS |
|---|---|
| Coconino National Forest | 8375 State Route 179, PO Box 20429, Sedona, AZ 86341 |

I state that on April 6, 2024 while exercising my duties as a Law Enforcement Officer in the District of Arizona I, USDA Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Coconino National Forest.

At approximately 1820 hours I observed a blue Chevrolet Tahoe (AZ:            , parked off of Forest Road (FR) 689, along a non-system road in violation of the Motor Vehicle Use Map. The vehicle was backed in between two trees, and all the windows were either tinted or covered, giving the appearance of the vehicle hiding and/or being set up in a defensive position. Between the tint on the rear windows and the large window coverings on the front three windows, it was nearly impossible for me to see into the vehicle, but any potential occupants would be able to observe my movements outside the vehicle without me knowing. Given this set up, I observed the vehicle from all sides from a distance, then returned to my patrol vehicle. I turned on my red/blue emergency lights, honked the airhorn several times, and I utilized my patrol vehicle's public address system to identify myself as the police and three times I ordered the driver of the Tahoe to exit the vehicle.

After several announcements and orders to exit the vehicle, I saw no movement of the vehicle or within the vehicle. I approached the vehicle and stated "I just gave you commands to come out of the vehicle. Come on out." A male's voice (later identified by AZ DL as Patrick VIGIL Jr) responded by saying "why?" I informed him that he was in violation of the law, and VIGIL responded "No." Now that I identified that someone was actually in the vehicle, given their ability to observe me but I could not see them, and their passive and verbal resistance to my commands, I requested backup officers to respond and assist me. After about two more minutes of waiting, a male emerged from the driver's door of the vehicle (where a canister of bear spray and a Leatherman was later located) and he started walking towards me. I drew my Taser and ordered VIGIL into a kneeling handcuffing position. VIGIL complied, I placed him into handcuffs, checked him for weapons, and then detained him in the back of my patrol vehicle.

I performed a protective sweep of the suspect vehicle to ensure there were no other occupants inside. While performing this sweep, I noticed the distinct odor of marijuana emanating from the vehicle. Prior to performing a search of the vehicle for marijuana, I asked VIGIL if he had any drugs, weapons, or anything else that could harm me. He only stated that he had marijuana. Upon searching the vehicle I located the bear spray and Leatherman inside the driver's door pocket, two pistols (one loaded) in the rear of the SUV where VIGIL had been laying, a machete just inside the right rear door/also next to where VIGIL had been laying, and other miscellaneous pocket knives.

I asked VIGIL if he reached for or possessed the guns while I was making announcements to him. VIGIL told me that he didn't, but that if he felt like he was in danger, or if he didn't know who I was, then he would have [handled his firearms].

Approximately 45 minutes later, I concluded my vehicle search and I notified VIGIL that he was under arrest and that I would have to impound his vehicle for safe keeping. VIGIL expressed his displeasure with this, and eventually stated "this is what makes me want to kill…" I later asked VIGIL to clarify what he meant by that statement. VIGIL replied something to the effect of "what else can I do to stop you from, to stop you from, from…" I asked "So that is accurate then? It makes you want to kill me." VIGIL replied "Yeah. So." VIGIL claimed not to have "murderous intent," but when I explained that he just described intent to murder me, he replied something to the effect of "You gotta understand how I'm feeling right now… I wish it was like, just, self-defense. That's what I could have said all along, ya know." I asked VIGIL if he could go back in time, would he like to shoot me and then call it self-defense. VIGIL said no, because he is too slow, elaborating by saying "there is the quick and the dead. I am good as dead." VIGIL clarified that mentally, that is where he was at though.



| USDA | STATEMENT OF PROBABLE CAUSE | CASE NUMBER |
|------|------------------------------|-------------|
| **Forest Service** | | **FDVI009T** |

Being concerned for the safety of our civilian forest service employees who also make compliance contacts, as well as of the general recreating public, I felt that the only safe option was to take VIGIL into custody. I felt that, based on his own statements, VIGIL posed a risk of harming anyone who came into or near his campsite and that he felt like he could act quicker than in a fight.

I arrested VIGIL for a violation of 36 CFR 261.3 (a), Threatening, resisting, intimidating, or interfering with any forest officer engaged in or on account of the performance of his official duties in the protection, improvement, or administration of the National Forest System. VIGIL was also charged with residing on National Forest System lands (FDVI009U) and violating the regulations of the Coconino National Forest's motor vehicle use map (VN # FDVI009V). VIGIL was issued a warning for possession of marijuana, and 13.88 grams of marijuana was seized from his vehicle.

The foregoing is based upon:
  **X**   My personal observations.
  ___   My personal investigation.
  ___   Information supplied to me from a fellow officer's observations.
  ___   Other (explained above).

I declare under penalty of perjury that the information which I have set forth above and on the face of the Violation Notice is true and correct to the best of my knowledge.

Executed on April 6, 2024

*C. Roper*

_____
*Law Enforcement Officer C. Roper*

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

**Camille D Bibles**
Digitally signed by
Camille D Bibles
Date: 2024.04.07
19:30:56 -07'00'

_____
*(Date)*

_____
*(United States Magistrate-Judge)*

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FDVI009U | Roper, Christian | 2331 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense
04/06/2024 18:20

Offense Charged ☐ CFR ☐ USC ☐ STATE CODE
FED 36 CFR 261.10B

Place of Offense
Blue Grade Rd

Offense Description: Factual Basis for Charge    HAZMAT ☐
36 CFR 261.10B - TAKING POSSESSION

### DEFENDANT INFORMATION    Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| VIGIL | PATRICK | J |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Flagstaff | AZ | 86001 | '1961 |

Drivers License No.   CDL ☐   D.L. State   Social Security No.
AZ

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| Brown | Brown | 5' 8" | 170 |

### VEHICLE    VIN:    CMV ☐

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 2001 | CHEVROLET/Tahoe | | BLUE |

APPEARANCE IS REQUIRED          APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount

$ 30.00    Processing Fee

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov** →    Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
123 N. San Francisco St, Flagstaff, Arizona 86001

Date (mm/dd/yyyy)

Time (hh:mm)
09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___04/06/2024___ while exercising my duties as a law enforcement officer in the _____ District of _____ AZ _____

Pursuant to 16USC 551: I state that on April 6, 2024 while exercising my duties as a Law Enforcement Officer in the District of Arizona I, USDA Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Coconino National Forest.

At approximately 1820 hours I observed a blue Chevrolet Tahoe parked off of Forest Road (FR) 689, along a non-system road in violation of the Motor Vehicle Use Map. The vehicle was backed in between two trees and all the windows were either tinted or covered, giving the appearance of the vehicle hiding and/or being set up in a defensive position. Given this appearance, I observed the vehicle from all sides from a distance, then returned to my patrol vehicle to make announcements on the public address system. After several announcements and orders to exit the vehicle, I saw no movement of the vehicle or within the vehicle. I reapproached the vehicle and announced myself, a male (later identified by AZ DL as Patrick VIGIL Jr) answered, and then I again ordered him out of the vehicle. I requested backup officers since VIGIL had barricaded himself in his vehicle, and several minutes later VIGIL came out and I was able to safely detain him.

Once VIGIL was detained and searched, I placed him in the back of my patrol vehicle. He made several unsolicited statements about being homeless, living in his car, and just looking for a place to stay. I then read VIGIL his Miranda rights, which he waived. VIGIL went on to tell me the following:
• VIGIL is currently homeless, and he had been living in a car since the end of October, 2022
• VIGIL stated that the address on his license was a hotel in Camp Verde. He stated that his current address is his car because that is where he lives, but he uses the hotel address because the authorities require him to have an address.
• VIGIL stated that he has PO boxes in Flagstaff and Anthem that he also uses.
• VIGIL stated that he alternates between living in Flagstaff and the Verde Valley. He has a parking lot in Flagstaff that he frequents, but when the snow came, he moved down to this location one day prior to our contact.
• VIGIL stated that the purpose of his stay on National Forest was to find a place to park where he would not get in trouble and where he could be away from everyone else.

In a subsequent search of the vehicle, I observed that the rear seats were folded down and the vehicle was set up in a manner consistent with residential use. This included having all the windows covered, having a sleeping bag and mattress spread

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:
___04/06/2024___    _C Roper_
Date (mm/dd/yyyy)    Officer's Signature

☑ Probable cause has been stated for the issuance of a warrant.

Executed on:    **Camille D Bibles**    Digitally signed by Camille D Bibles
Date: 2024.04.07 19:31:42 -07'00'
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident



| | | |
|---|---|---|
| **USDA** | **STATEMENT OF PROBABLE CAUSE** | **CASE NUMBER** |
| **Forest Service** | | **FDVI009U** |

| FOREST | ADDRESS |
|---|---|
| Coconino National Forest | 8375 State Route 179, PO Box 20429, Sedona, AZ 86341 |

I state that on April 6, 2024 while exercising my duties as a Law Enforcement Officer in the District of Arizona I, USDA Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Coconino National Forest.

At approximately 1820 hours I observed a blue Chevrolet Tahoe (AZ          _, parked off of Forest Road (FR) 689, along a non-system road in violation of the Motor Vehicle Use Map. The vehicle was backed in between two trees and all the windows were either tinted or covered, giving the appearance of the vehicle hiding and/or being set up in a defensive position. Given this appearance, I observed the vehicle from all sides from a distance, then returned to my patrol vehicle to make announcements on the public address system. After several announcements and orders to exit the vehicle, I saw no movement of the vehicle or within the vehicle. I reapproached the vehicle and announced myself, a male (later identified by AZ DL as Patrick VIGIL Jr) answered, and then I again ordered him out of the vehicle. I requested backup officers since VIGIL had barricaded himself in his vehicle, and several minutes later VIGIL came out and I was able to safely detain him.

Once VIGIL was detained and searched, I placed him in the back of my patrol vehicle. He made several unsolicited statements about being homeless, living in his car, and just looking for a place to stay. I then read VIGIL his Miranda rights, which he waived. VIGIL went on to tell me the following:
- VIGIL is currently homeless, and he had been living in a car since the end of October, 2022
- VIGIL stated that the address on his license was a hotel in Camp Verde. He stated that his current address is his car because that is where he lives, but he uses the hotel address because the authorities require him to have an address.
- VIGIL stated that he has PO boxes in Flagstaff and Anthem that he also uses.
- VIGIL stated that he alternates between living in Flagstaff and the Verde Valley. He has a parking lot in Flagstaff that he frequents, but when the snow came, he moved down to this location one day prior to our contact.
- VIGIL stated that the purpose of his stay on National Forest was to find a place to park where he would not get in trouble and where he could be away from everyone else.

In a subsequent search of the vehicle, I observed that the rear seats were folded down and the vehicle was set up in a manner consistent with residential use. This included having all the windows covered, having a sleeping bag and mattress spread out in the back, having large amounts of food and clothes stored around his bedding area, and carrying important documents and property with him in the vehicle. I also found weapons near most doors of the vehicle, including two pistols (one loaded), a machete, pocket knives, and bear spray.

I arrested VIGIL for a violation of 36 CFR 261.10 (b), constructing, reconstructing, improving, occupying, maintaining, using a residence on National Forest System lands without authorization. VIGIL was also charged with violating the regulations of the Coconino National Forest's motor vehicle use map (VN # FDVI009V) and threatening/intimidating a Forest Officer (VN # FDVI009T). VIGIL was also issued a warning for possession of marijuana, and 13.88 grams of marijuana was seized from his vehicle.

The foregoing is based upon:



| USDA | STATEMENT OF PROBABLE CAUSE | CASE NUMBER |
|---|---|---|
| **Forest Service** | | **FDVI009U** |

<u>X</u>   My personal observations.
<u>X</u>   My personal investigation.
___   Information supplied to me from a fellow officer's observations.
<u>X</u>   Other (explained above).

I declare under penalty of perjury that the information which I have set forth above and on the face of the Violation Notice is true and correct to the best of my knowledge.

Executed on April 6, 2024

*C. Roper*

_____
Law Enforcement Officer C. Roper

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

_____
(Date)

**Camille D Bibles**   Digitally signed by Camille D Bibles
Date: 2024.04.07 19:32:46 -07'00'

_____
(United States Magistrate-Judge)

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FDVI009V | Roper, Christian | 2331 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐ CFR  ☐ USC  ☐ STATE CODE |
|---|---|---|
| 04/06/2024 18:20 | FED 36 CFR 261.13 | |

Place of Offense
Blue Grade Rd

Offense Description: Factual Basis for Charge          HAZMAT ☐
36 CFR 261.13 - MOTOR VEH USE OTH DESIGNA

### DEFENDANT INFORMATION          Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| VIGIL | PATRICK | J |

Street Address
'                                    ......  ..  : . .

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Flagstaff | AZ | 86001 | (       )61 |

| Drivers License No. | CDL ☐ | D.L. State AZ | Social Security No. |
|---|---|---|---|

| [X] Adult ☐ Juvenile | Sex [X] M ☐ F | Hair Brown | Eyes Brown | Height 5' 8" | Weight 170 |
|---|---|---|---|---|---|

### VEHICLE          VIN:                                    CMV ☐

| Tag No. | State AZ | Year 2001 | Make/Model CHEVROLET/Tahoe | PASS ☐ | Color BLUE |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A [X] If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

Forfeiture Amount

$ 30.00   Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov  →   Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 N. San Francisco St, Flagstaff, Arizona 86001 | Time (hh:mm)  09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due

X Defendant Signature _____

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  04/06/2024  while exercising my duties as a law enforcement officer in the _____ District of _____ AZ _____

Pursuant to 16USC 551: I state that on April 6, 2024 while exercising my duties as a Law Enforcement Officer in the District of Arizona I, USDA Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Coconino National Forest.

At approximately 1820 hours I observed a blue Chevrolet Tahoe (AZ parked off of a non-system road, accessed via Forest Road (FR) 689. [A non-system road is a road not identified on the Coconino National Forest's Motor Vehicle Use Map (MVUM).] The Tahoe was at the end of a turn around, and it was backed into a small drainage between two trees. I have not seen evidence of vehicles parked in this location before, which means this vehicle was creating further natural resource impacts and possibly extending the illegal road further.

This portion of Forest Route 689 is identified as a camping corridor, which means that vehicle use is allowed within 300 lateral feet of the roadway for the purpose of camping. According to an estimate measured on Google Earth, the suspect's vehicle was approximately 316 feet away from the closest portion of FR 689.

I attempted to contact the occupant of the vehicle (later identified by AZ DL as Patrick VIGIL) for this violation, but all the windows were covered and no one came out of the vehicle when I announced myself several times. Eventually VIGIL answered me but told me "no" when I asked him to get out of the vehicle. I requested backup officers since VIGIL had barricaded himself in his vehicle, and eventually VIGIL came out and I was able to safely detain him. In a subsequent search of the vehicle I found weapons near most doors of the vehicle, including two pistols (one loaded), a machete, pocket knives, and bear spray. VIGIL readily admitted to me that he had been living in his vehicle for 2 years and that he was just looking for a place to stay where he could keep to himself.

I arrested VIGIL for a violation of 36 CFR 261.13, driving off roadways established by the Motor Vehicle Use Map. VIGIL was also charged with residing on National Forest System lands (FDVI009U) and threatening/intimidating a Forest Officer (VN # FDVI009T). VIGIL was issued a warning for possession of marijuana, and 13.88 grams of marijuana was seized from his vehicle.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  04/06/2024                    C Roper
                Date (mm/dd/yyyy)          Officer's Signature

☑ Probable cause has been stated for the issuance of a warrant.

Executed on:  Camille D Bibles   Digitally signed by Camille D Bibles
              Date: 2024.04.07 19:33:31 -07'00'
                Date (mm/dd/yyyy)          U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;          **CMV** = Commercial vehicle involved in incident